UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HONG MAI,

                Plaintiff,

      - against –

THE NEW YORK STATE OFFICE OF
TEMPORARY AND DISABILITY ASSISTANCE
*et al.*,

                Defendants.
-----------------------------------------------------------------X

**REPORT AND RECOMMENDATION**
22 MC 788 (PKC) (CLP)

       On October 19, 2000, the Honorable Judge Allyne R. Ross enjoined plaintiff Hong Mai from filing any new actions in this Court without first obtaining leave to do so. See Mai v. NYS Dept. of Welfare, et al., No. 00 CV 5914 (ARR) (CLP) (E.D.N.Y. Oct. 19, 2000). On March 7, 2022, plaintiff submitted a proposed complaint to this Court, along with a motion to proceed *in forma pauperis* and a request for leave to file. (See Compl.;[1] Mot.;[2] ECF No. 3).

       In the proposed complaint, plaintiff asks the Court to conduct a review under Article 78 of New York's Civil Practice Law and Rules of a determination made by defendant New York State Office of Temporary and Disability Assistance. (Compl. ¶¶ 17, 21, 22 23-24). Plaintiff fails to provide any other grounds for relief. Federal courts lack subject matter jurisdiction over claims raised under Article 78. Beckwith v. Erie Cty. Water Auth., 413 F. Supp. 2d 214, 226–27 (W.D.N.Y. 2006) (citing Blatch ex rel. Clay v. Hernandez, 360 F. Supp. 2d 595, 637 (S.D.N.Y. 2005)). Thus, plaintiff has failed to present a valid reason to lift the filing injunction against her.

---

[1] Citations to "Compl." refer to plaintiff's Complaint, filed Mar. 9, 2022, ECF No. 1.
[2] Citations to "Mot." refer to plaintiff's Motion for Leave to File Document, filed Mar. 9, 2022, ECF No. 2.

See <u>Biton v. Verilli</u>, Nos. 17 MC 803 & 17 MC 804, 2017 WL 6383885, at *1 (E.D.N.Y. May 15, 2017) (denying plaintiffs' applications for leave to file where she failed to "provide any valid reason to allow the proposed actions to go forward").

For the foregoing reasons, the Court respectfully recommends that the District Court deny plaintiff's motion for leave to file the proposed complaint. The Court also respectfully recommends that the District Court deny plaintiff's motion to proceed *in forma pauperis* as moot. The Court further respectfully recommends that the Order barring plaintiff from filing future complaints without leave of the Court remains in effect and that the District Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore respectfully recommends that *in forma pauperis* status be denied for the purpose of an appeal as well. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45 (1962).

Any objections to this Report and Recommendation must be filed with the Clerk of the Court, with a copy to the undersigned, within fourteen (14) days of receipt of this Report. Failure to file objections within the specified time waives the right to appeal the District Court's Order. <u>See</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(e), 72; <u>Caidor v. Onondaga Cnty.</u>, 517 F.3d 601, 604 (2d Cir. 2008).

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated:  March 31, 2022
       Brooklyn, New York

                                              /s/ Cheryl L. Pollak
                                              Cheryl L. Pollak
                                              Chief United States Magistrate Judge
                                              Eastern District of New York